RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jorge Ibarra-Moreno

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00913-DJA |
| Plaintiff, | ORDER to **CONTINUE** |
| v. | **PRELIMINARY HEARING** |
| JORGE IBARRA-MORENO, | (Second Request) |
| Defendant. | |

        IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jorge Ibarra-Moreno, that the Preliminary Hearing currently scheduled on January 25, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

        This Stipulation is entered into for the following reasons:

        1.        Defense counsel needs additional time to review, investigate, and discuss the case with Defendant.

        2.        The defendant is in custody and agrees with the need for the continuance.

        3.        The parties agree to the continuance.

1    This is the second request for a continuance of the preliminary hearing.

2    DATED this 12th day of January, 2021.

3

4    RENE L. VALLADARES                    NICHOLAS A. TRUTANICH
     Federal Public Defender               United States Attorney

5

6
     By /s/ Nisha Brooks-Whittington        By /s/ Jared Grimmer

7    NISHA BROOKS-WHITTINGTON               JARED GRIMMER
     Assistant Federal Public Defender      Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00913-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JORGE IBARRA-MORENO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for

Monday, January 25, 2021 at 4:00 p.m., be vacated and continued to

March 1, 2021, at 4:00 p.m. Courtroom 3A.

DATED this ___ day of January, 2021.
_13th_

_____

UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3